UNITED STATES TRUST COMPANY, APPELLEE, v. GILBERT E. HANKS ET AL., APPELLEES:
IOLA H. CHURCH, APPELLANT.

FILED JUNE 12, 1925.   No. 24415.

APPEAL from the district court for Otoe county: JAMES T. BEGLEY, JUDGE. *Reversed, with directions.*

*Burkett, Wilson, Brown & Wilson,* for appellant.

*Pitzer & Tyler, Paul Jessen, Crofoot, Fraser, Connolly & Stryker, contra.*

Heard before MORRISSEY, C. J., DEAN, DAY, THOMPSON and EVANS, JJ., and SHEPHERD, District Judge.

THOMPSON, J.

This case having been submitted in this court together with the case of *Stocker v. Church, ante,* p. 639, and the facts and law applicable thereto in each case being substantially the same, that part of the judgment of the district court in favor of Albert E. Stocker, trustee of the estate of Gilbert E. Hanks, bankrupt, and against Iola H. Church and Luther J. Church, is hereby reversed and set aside, and this case remanded, with instruction to proceed in harmony with the opinion in *Stocker v. Church, supra.*

REVERSED.